O. BRANDT CAUDILL, JR., Esq. (SBN 88071)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel   :   (714)  730-5700
Fax   :   (714)  730-1642

Attorneys for Defendant,
**RONALD ROSTON, Ph.D.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, HARNOOR KAUR, GURKIRAT SINGH, and THE ESTATE OF KHEM SINGH,<br><br>            Plaintiff,<br><br>vs.<br><br>ED ALAMEIDA, JR., individually and in his official capacity as Director, California Department of Corrections; SUZAAN STEINBERG, individually and in her official capacity as Director of Health Services, California Department of Corrections; DARRELL ADAMS, individually and in his official capacity as Warden of California Substance Abuse Facility (SATF) at Corcoran; DEERING, M.D., individually and as medical doctor at S.A.T.F. at Cocoran; GILBERG V. GONZALES, Jr., M.D., individually and as medical doctor at S.A.T.F. at Cocoran; HARVEY M. HUANG, M.D., individually and as medical doctor at S.A.T.F. at Corcoran; DR. DAVID UNDERWOOD, individually and as Psychologist at S.A.T.F. at Corcoran; DR. RONALD ROSTON, individually and as Psychologist at S.A.T.F. at Corcoran; LESLIE O. KUBERSKI, Ph.D., individually and as a psychologist at S.A.T.F. at Corcoran; C. HIRBOUR, Ph.D., individually and as a psychologist at | Case No.: 1:05cv276<br>ASSIGNED JUDGE: DENNIS L. BECK<br>COURTROOM: 5<br>COMPLAINT DATE:02/14/05<br><br>**STIPULATION TO CONTINUE MOTION TO DISMISS COMPLAINT AND  ORDER**<br><br>*MOTION CURRENTLY SET FOR:*<br>**DATE:  JULY 11, 2005**<br>**TIME:   10:00 A.M.**<br>**COURTROOM: 2**<br>**JUDGE ASSIGNED TO HEAR MOTION:  OLIVER WANGER**<br><br>*PROPOSED NEW DATE:*<br>**DATE:  AUGUST 22, 2005**<br>**TIME:  10:00 A.M.**<br>**COURTROOM:  2**<br><br><br>DISCOVERY CUT OFF: NONE<br>MOTION CUT OFF:    NONE<br>MSC DATE:                  NONE<br>TRIAL DATE:              NONE |

- 1 -

STIPULATION TO CONTINUE MOTION TO DISMISS

| | |
|---|---|
| 1 | S.A.T.F. at Corcoran; NANDAN BHATT, M.D., individually and as a psychiatrist at |
| 2 | S.A.T.F. at Corcoran; J. PRUD'HOMME, individually and as Facility Captain, |
| 3 | S.A.T.F. at Corcoran; E.J. CARRILLO, individually and in his official capacity as |
| 4 | a Correctional Lieutenant at S.A.T.F. at Corcoran; A. PATTERSON, individually |
| 5 | and in his official capacity as a Correctional Lieutenant at S.A.T.F. at |
| 6 | Corcoran;MCKESSON, C.O., individually and in his official capacity as a |
| 7 | Correctional Officer at S.A.T.F. at Corcoran; HARTFIELD, C.O., |
| 8 | individually and in his official capacity as a Correctional Officer at S.A.T.F. at |
| 9 | Corcoran; WILSON, C.O., individually and in his official capacity as a |
| 10 | Correctional Officer at S.A.T.F. at Corcoran; WILLIAMS, S., C.O., |
| 11 | individually and in his official capacity as a Correctional Officer at S.A.T.F. at |
| 12 | Corcoran; GURMEET KAUR, nominal defendant; MANDEEP SINGH, nominal |
| 13 | defendant; and DOES 1 through 50, inclusive, |
| 14 | |
| 15 | Defendants. |
| 16 | |
| 17 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK |
| 18 | OF THE UNITED STATES DISTRICT COURT: |
| 19 |     IT IS HEREBY STIPULATED between the parties herein, by and through their |
| 20 | attorneys of record, that the Motion to Dismiss filed by defendant RONALD ROSTON, |
| 21 | Ph.D. currently set for hearing on for July 11, 2005, at 10:00 a.m. in Courtroom 2 of the |
| 22 | above-entitled Court, be continued to August 22, 2005, at 10:00 a.m. in Courtroom 2 at |
| 23 | the request of plaintiffs. |
| 24 | DATED: July 5, 2005         **CALLAHAN, McCUNE & WILLIS, APLC** |
| 25 | |
| 26 |                  By _____ |
| 27 |                  O. BRANDT CAUDILL, JR., ESQ.<br>Attorneys for Defendant<br>**RONALD ROSTON, Ph.D.** |
| 28 | |

- 2 -

STIPULATION TO CONTINUE MOTION TO DISMISS

1 | DATED: June ___, 2005

By _____
2 | CATHERINE CAMPBELL, ESQ.
Attorneys for Plaintiffs **BALJIT KAUR,**
3 | **et al.**

4

5 | DATED: June ___, 2005

By _____
6 | ROBERT NAVARRO, ESQ.
Attorneys for Plaintiffs **BALJIT KAUR,**
7 | **et al.**

8

9 | DATED: June ___, 2005

By _____
10 | CAROLYN D. PHILLIPS, ESQ.
Attorneys for Plaintiffs **BALJIT KAUR,**
11 | **et al.**

- 3 -

STIPULATION TO CONTINUE MOTION TO DISMISS

## **ORDER ON STIPULATION**

This Court, having considered the Stipulation submitted and signed by counsel for Plaintiffs and counsel for Defendant RONALD ROSTON, Ph.D., hereby approves the Stipulation and agrees to continue the hearing on the Motion to Dismiss Complaint currently set for July 11, 2005, at 10:00 a.m. in Courtroom 2 of the above-entitled Court, to August 22, 2005, at 10:00 a.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: ____June 30, 2005___          _/s/ OLIVER W. WANGER_____
                                     HONORABLE OLIVER WANGER

STIPULATION TO CONTINUE MOTION TO DISMISS