UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, et al., | |
| Appellant, | 1:05-cv-276-OWW DLB |
| v. | |
| ED ALAMEIDA, et al., | ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST TO APPOINT COUNSEL PURSUANT TO GENERAL ORDER 230 |
| Defendant | |

The Court having considered the plaintiffs' ex parte request for an order appointing Catherine Campbell, Carolyn D. Phillips and Robert Navarro as counsel in the within matter pursuant to General Order 230, and good cause appearing,

IT IS ORDERED that Catherine Campbell, Carolyn D. Phillips and Robert Navarro be appointed as counsel for plaintiffs in the above-entitled action and payment of costs of the litigation be authorized pursuant to this Court's General Order 230.

1

```
Dated: July 15, 2005                    /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge
```