# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, *et al.*, | NO. CV F-05-276 OWW DLB |
|     *Plaintiffs*, | ORDER RESETTING THE HEARING ON DEFENDANT ROSTON'S MOTION TO DISMISS AND SETTING HEARING ON REMAINING DEFENDANTS' MOTION TO DISMISS FOR SEPTEMBER 12, 2005 AT 10:00 A.M. |
| v. | |
| ED ALAMEIDA, *et al.*, | |
|     D*efendants.* | |

The Court having considered the parties' Stipulation to reset and set the hearings on the defendants' motions for dismissal on the same date, and good cause appearing,

IT IS ORDERED that the hearing currently set for defendant Roston's Motion to Dismiss be reset from August 22, 2005 to September 12, 2005 at 10:00 a.m., and that the hearing on the remaining defendants' Motion to Dismiss also be set for hearing on September 12, 2005 at 10:00 a.m.

Dated: August 3, 2005          /s/ OLIVER W. WANGER
                                           Hon. Oliver W. Wanger

*ORDER SETTING HEARING DATES ON DEFENDANTS' MOTIONS TO DISMISS;*
*ORDER SETTING HEARING DATES FOR DEFENDANTS' MOTIONS TO DISMISS;*
*Baljit Kaur, et al., v. Ed Alameida, et a., Case #05-276 OWW DLB*

1

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                              United States Judge
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

*ORDER SETTING HEARING DATES ON DEFENDANTS' MOTIONS TO DISMISS;*
*ORDER SETTING HEARING DATES FOR DEFENDANTS' MOTIONS TO DISMISS;*
*Baljit Kaur, et al., v. Ed Alameida, et a., Case #05-276 OWW DLB*

2