CATHERINE CAMPBELL, 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
(559) 498.8140
(559) 221.0268 fax

CAROLYN D. PHILLIPS, 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
(559) 248.9833
(559) 248.9820 fax

ROBERT NAVARRO, Attorney at Law
Bar No. 128461
P.O. Box 8493
Fresno, CA 93747
(559) 452.0934
(559) 452.0986 fax

LODGED AUG 3 0 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
'05 SEP -2 A 9:53

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BALJIT KAUR et al.,

    Plaintiffs,

    v.

ED ALAMEIDA, JR., et al.,

    Defendants.

No. 1:05cv276 OWW DLB

SEALED

[PROPOSED] ORDER FOR APPOINTMENT OF COUNSEL

GOOD CAUSE APPEARING THEREFORE and pursuant to this Court's General Order 230, this Court hereby appoints Catherine Campbell, Carolyn Phillips and Robert Navarro as counsel in the within matter, and authorizing payment of costs of the litigation within the limits and according to the procedures described in General Order 230.

Dated: 8-31-05

_____
Judge, United States District Court,
Eastern District

[Proposed] Order for Appointment of Counsel; *Baljit Kaur, et al. v. Ed Alameida, et al.*, USDC, Eastern District, No. 1:05cv276  **To be filed under seal.**