THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, *et al.*, | NO. 1: 05  CV 00276 OWW DLB |
| *Plaintiffs*, | ORDER EXTENDING THE TIME IN WHICH PLAINTIFFS MUST FILE A SECOND AMENDED COMPLAINT |
| v. | |
| ED ALAMEIDA, *et al.*, | |
| D*efendants.* | |

The Court having considered the parties' Stipulation agreeing to allow plaintiffs twenty additional days in which to file a second amended compliant, and good cause appearing,

IT IS ORDERED that time in which plaintiffs must file a second amended complaint shall be extended by twenty days, plaintiffs have until November 14, 2005 in which to file the amended complaint.

Dated:  October 27, 2005              __/s/ Dennis L. Beck_____
                                      Hon. Dennis L. Beck
                                      United States Magistrate Judge

*ORDER SETTING HEARING DATES ON DEFENDANTS' MOTIONS TO DISMISS;*
*Order Extending The Time in Which Plaintiffs Must File a Second Amended Complaint*
*Baljit Kaur, et al., v. Ed Alameida, et a., Case #05-276 OWW DLB*

1