UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
BALJIT KAUR, et al.,            )
                                )
            Plaintiff,          )   1:05-cv-276 OWW DLB
                                )
     v.                         )
                                )
ED ALAMEIDA, JR., et al.,       )   ORDER DISMISSING ACTION
et al.,                         )   WITH PREJUDICE AS TO
                                )   DEFENDANT
            Defendant           )   DR. RONALD ROSTON
_____)
```

Pursuant to the stipulation of the parties, this action is dismissed with prejudice as to defendant Dr. Ronald Roston, only.

IT IS SO ORDERED.

**Dated:   July 29, 2006**            **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE

1