1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   Donald Deering, M.D., Gilbert V. Gonzales, Jr., M.D.,
6  David Underwood, Ph.D., Nandan Bhatt, M.D. and
   Cynthia Hirbour-Riveles, Ph.D.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALJIT KAUR, HARNOOR KAUR, GURKIRAT SINGH, and THE ESTATE OF KHEM SINGH,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ED ALAMEIDA, JR., individually and in his official capacity as Director, California Department of Corrections; SUZAAN STEINBERG, individually and in her official capacity as Director of Health Services, California Department of Corrections; DARRELL ADAMS, individually and in his official capacity as Warden of California Substance Abuse Facility (SATF) at Corcoran; DEERING, M.D., individually and as Acting Chief Medical Officer at S.A.T.F. at Corcoran; VIJAYA. M.D., individually and as medical doctor at S.A.T.F. at Corcoran; GILBERT V. GONZALES, JR., M.D., individually and as medical doctor at S.A.T.F. at Corcoran; HARVEY M. HUANG, M.D., individually and as medical doctor at S.A.T.F. at Corcoran; DR. DAVID UNDERWOOD, individually and as Psychologist at S.A.T.F. at Corcoran; DR. RONALD ROSTON, individually and as Psychologist at S.A.T.F. at Corcoran; LESLIE O. KUBERSKI, Ph.D., individually and as a | CASE NO: 1:05-CV-00276-OWW-DLB<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANT NANDAN BHATT, M.D.** |

*Kaur v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Bhatt)　　　　　　　　　　Page 1

| | |
|---|---|
| psychologist at S.A.T.F. at Corcoran; C. HIRBOUR, Ph.D., individually and as a psychologist at S.A.T.F. at Corcoran; NANDAN BHATT, M.D., individually and as a psychiatrist at S.A.T.F. at Corcoran; J. PRUD'HOMME, individually and as Facility Captain, S.A.T.F. at Corcoran; E.J. CARRILLO, individually and in his official capacity as a Correctional Lieutenant at S.A.T.F. at Corcoran; A. PATTERSON, individually and in his official capacity as a Correctional Sergeant at S.A.T.F. at Corcoran; MCKESSON, C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; HARTFIELD, C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; WILSON, C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; WILLIAMS, S., C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; GURMEET KAUER, nominal defendant; MANDEEP SINGH, nominal defendant; and DOES 1 through 50, inclusive, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Defendant NANDAN BHATT, M.D. hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

>Kathleen J. Williams, CSB #127021
>WILLIAMS & ASSOCIATES
>1250 Sutterville Road, Suite 290
>Sacramento, CA 95822
>(916) 456-1122
>(916) 737-1126 (fax)

///

///

*Kaur v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Bhatt)   Page 2

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated: 7/31/06        By: /s/ "Alvin Gittisriboongul" Original signature retained by counsel
                           Alvin Gittisriboongul, Deputy Attorney General
                           Attorney General State of California for
                           defendant NANDAN BHATT, M.D.

I consent to this substitution.

Dated: 8/1/06         By: /s/ "Nandan Bhatt, M.D." Original signature retained by counsel
                           NANDAN BHATT, M.D.

I accept this substitution.

Dated: 8/1/06                              WILLIAMS & ASSOCIATES

                                           By: /s/ Kathleen J. Williams
                                               Kathleen J. Williams, CSB #127021

IT IS SO ORDERED.

**Dated:   August 3, 2006**                    /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE

---

*Kaur v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Bhatt)                Page 3