1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   Donald Deering, M.D., Gilbert V. Gonzales, Jr., M.D.,
6  David Underwood, Ph.D., Nandan Bhatt, M.D. and
   Cynthia Hirbour-Riveles, Ph.D.

7

8  **IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**

9

10 BALJIT KAUR, HARNOOR KAUR,                )   CASE NO: 1:05-CV-00276-OWW-DLB
   GURKIRAT SINGH, and THE                    )
11 ESTATE OF KHEM SINGH,                      )
                                              )   **SUBSTITUTION OF COUNSEL
12                Plaintiffs,                 )   FOR DEFENDANT GILBERT GONZALES,
                                              )   JR. M.D.**
13 vs.                                        )
                                              )
14 ED ALAMEIDA, JR., individually and         )
   in his official capacity as Director,      )
15 California Department of Corrections;      )
   SUZAAN STEINBERG, individually             )
16 and in her official capacity as Director   )
   of Health Services, California             )
17 Department of Corrections;                 )
   DARRELL ADAMS, individually and            )
18 in his official capacity as Warden of      )
   California Substance Abuse Facility        )
19 (SATF) at Corcoran; DEERING, M.D.,         )
   individually and as Acting Chief           )
20 Medical Officer at S.A.T.F. at             )
   Corcoran; VIJAYA. M.D., individually       )
21 and as medical doctor at S.A.T.F. at       )
   Corcoran; GILBERT V. GONZALES,             )
22 JR., M.D., individually and as medical     )
   doctor at S.A.T.F. at Corcoran;            )
23 HARVEY M. HUANG, M.D.,                     )
   individually and as medical doctor at      )
24 S.A.T.F. at Corcoran; DR. DAVID            )
   UNDERWOOD, individually and as             )
25 Psychologist at S.A.T.F. at Corcoran;      )
   DR. RONALD ROSTON, individually            )
26 and as Psychologist at S.A.T.F. at         )
   Corcoran; LESLIE O. KUBERSKI,              )
27 Ph.D., individually and as a               )

28 *Kaur v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Gonzales)                        Page 1

psychologist at S.A.T.F. at Corcoran; C. HIRBOUR, Ph.D., individually and as a psychologist at S.A.T.F. at Corcoran; NANDAN BHATT, M.D., individually and as a psychiatrist at S.A.T.F. at Corcoran; J. PRUD'HOMME, individually and as Facility Captain, S.A.T.F. at Corcoran; E.J. CARRILLO, individually and in his official capacity as a Correctional Lieutenant at S.A.T.F. at Corcoran; A. PATTERSON, individually and in his official capacity as a Correctional Sergeant at S.A.T.F. at Corcoran; MCKESSON, C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; HARTFIELD, C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; WILSON, C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; WILLIAMS, S., C.O., individually and in his official capacity as a Correctional Officer at S.A.T.F. at Corcoran; GURMEET KAUER, nominal defendant; MANDEEP SINGH, nominal defendant; and DOES 1 through 50, inclusive,

      Defendants.

Defendant GILBERT V. GONZALES, JR., M.D. hereby substitutes the following counsel in place and in stead of the Attorney General's Office:

    Kathleen J. Williams, CSB #127021
    WILLIAMS & ASSOCIATES
    1250 Sutterville Road, Suite 290
    Sacramento, CA 95822
    (916) 456-1122
    (916) 737-1126 (fax)

///

///

1  All counsel in this matter are requested to direct all communications to the
2  above-referenced address beginning immediately.
3  I consent to this substitution.

5  Dated: 7/31/06        By: /s/ "Alvin Gittisriboongul" Original signature retained by counsel
                              Alvin Gittisriboongul, Deputy Attorney General
6                             Attorney General State of California for
                              defendant GILBERT V. GONZALES, JR. M.D.

8  I consent to this substitution.

9  Dated: 8/2/06         By: /s/ "Gilbert V. Gonzales, Jr. M.D." Original signature retained by counsel
10                            GILBERT V. GONZALES, JR. M.D.

11 I accept this substitution.

13 Dated: 8/2/06                         WILLIAMS & ASSOCIATES

15                                       By: /s/ Kathleen J. Williams
                                             Kathleen J. Williams, CSB #127021
16
   IT IS SO ORDERED.
17
   **Dated:    August 3, 2006**              **/s/ Oliver W. Wanger**
18 emm0d6                                    UNITED STATES DISTRICT JUDGE

---

*Kaur v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Gonzales)                    Page 3