1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   Donald Deering, M.D., Gilbert V. Gonzales, Jr., M.D.,
6  David Underwood, Ph.D., Nandan Bhatt, M.D. and
   Cynthia Hirbour-Reveles, Ph.D.

7

8  **IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**

9

10 BALJIT KAUR, HARNOOR KAUR,   )   CASE NO: 1:05-CV-00276-OWW-DLB
   GURKIRAT SINGH, and THE      )
11 ESTATE OF KHEM SINGH,        )
                                )   **SUBSTITUTION OF COUNSEL**
12             Plaintiffs,      )   **FOR DEFENDANT**
                                )   **CYNTHIA HIRBOUR-REVELES, Ph.D.**
13 vs.                          )
                                )
14 ED ALAMEIDA, JR., individually and )
   in his official capacity as Director, )
15 California Department of Corrections; )
   SUZAAN STEINBERG, individually )
16 and in her official capacity as Director )
   of Health Services, California )
17 Department of Corrections; )
   DARRELL ADAMS, individually and )
18 in his official capacity as Warden of )
   California Substance Abuse Facility )
19 (SATF) at Corcoran; DEERING, M.D., )
   individually and as Acting Chief )
20 Medical Officer at S.A.T.F. at )
   Corcoran; VIJAYA. M.D., individually )
21 and as medical doctor at S.A.T.F. at )
   Corcoran; GILBERT V. GONZALES, )
22 JR., M.D., individually and as medical )
   doctor at S.A.T.F. at Corcoran; )
23 HARVEY M. HUANG, M.D., )
   individually and as medical doctor at )
24 S.A.T.F. at Corcoran; DR. DAVID )
   UNDERWOOD, individually and as )
25 Psychologist at S.A.T.F. at Corcoran; )
   DR. RONALD ROSTON, individually )
26 and as Psychologist at S.A.T.F. at )
   Corcoran; LESLIE O. KUBERSKI, )
27 Ph.D., individually and as a )

28 *Kauer v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Hirbour)                    Page 1

| | |
|---|---|
| 1 | psychologist at S.A.T.F. at Corcoran; ) |
| | C. HIRBOUR, Ph.D., individually and ) |
| 2 | as a psychologist at S.A.T.F. at ) |
| | Corcoran; NANDAN BHATT, M.D., ) |
| 3 | individually and as a psychiatrist at ) |
| | S.A.T.F. at Corcoran; J. ) |
| 4 | PRUD'HOMME, individually and as ) |
| | Facility Captain, S.A.T.F. at ) |
| 5 | Corcoran; E.J. CARRILLO, ) |
| | individually and in his official capacity ) |
| 6 | as a Correctional Lieutenant at ) |
| | S.A.T.F. at Corcoran; A. ) |
| 7 | PATTERSON, individually and in his ) |
| | official capacity as a Correctional ) |
| 8 | Sergeant at S.A.T.F. at Corcoran; ) |
| | MCKESSON, C.O., individually and in ) |
| 9 | his official capacity as a Correctional ) |
| | Officer at S.A.T.F. at Corcoran; ) |
| 10 | HARTFIELD, C.O., individually and in ) |
| | his official capacity as a Correctional ) |
| 11 | Officer at S.A.T.F. at Corcoran; ) |
| | WILSON, C.O., individually and in his ) |
| 12 | official capacity as a Correctional ) |
| | Officer at S.A.T.F. at Corcoran; ) |
| 13 | WILLIAMS, S., C.O., individually and ) |
| | in his official capacity as a ) |
| 14 | Correctional Officer at S.A.T.F. at ) |
| | Corcoran; GURMEET KAUER, ) |
| 15 | nominal defendant; MANDEEP ) |
| | SINGH, nominal defendant; and ) |
| 16 | DOES 1 through 50, inclusive, ) |
| | ) |
| 17 | Defendants. ) |
| | ) |

19  Defendant CYNTHIA HIRBOUR-REVELES, Ph.D. hereby substitutes the

20  following counsel in place and in stead of the Attorney General's Office:

21  Kathleen J. Williams, CSB #127021
WILLIAMS & ASSOCIATES
22  1250 Sutterville Road, Suite 290
Sacramento, CA 95822
23  (916) 456-1122
(916) 737-1126 (fax)
24

25  ///

26  ///

27

28  *Kauer v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Hirbour)                                           Page 2

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated: 7/31/06        By: /s/ "Alvin Gittisriboongul" Original signature retained by counsel
                          Alvin Gittisriboongul, Deputy Attorney General
                          Attorney General State of California for
                          defendant CYNTHIA HIRBOUR-REVELES, Ph.D.

I consent to this substitution.

Dated: 8/2/06         By: /s/ "Cynthia Hirbour-Reveles, Ph.D." Original signature retained by counsel
                          CYNTHIA HIRBOUR-REVELES, Ph.D.

I accept this substitution.

Dated: 8/2/06                              WILLIAMS & ASSOCIATES

                                           By: /s/ Kathleen J. Williams
                                               Kathleen J. Williams, CSB #127021

IT IS SO ORDERED.

**Dated:   August 3, 2006**                /s/ Oliver W. Wanger
emm0d6                                     UNITED STATES DISTRICT JUDGE