1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021

5  Attorneys for defendants
   Donald Deering, M.D., Gilbert V. Gonzales, Jr., M.D.,
6  David Underwood, Ph.D., Nandan Bhatt, M.D. and
   Cynthia Hirbour-Reveles, Ph.D.

7

8  **IN THE UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA**

9

10 BALJIT KAUR, HARNOOR KAUR,            )   CASE NO: 1:05-CV-00276-OWW-DLB
   GURKIRAT SINGH, and THE               )
11 ESTATE OF KHEM SINGH,                 )
                                         )   **SUBSTITUTION OF COUNSEL
12                    Plaintiffs,        )   FOR DEFENDANT DAVID UNDERWOOD,
                                         )   Ph.D.**
13 vs.                                   )
                                         )
14 ED ALAMEIDA, JR., individually and    )
   in his official capacity as Director, )
15 California Department of Corrections; )
   SUZAAN STEINBERG, individually        )
16 and in her official capacity as Director )
   of Health Services, California        )
17 Department of Corrections;            )
   DARRELL ADAMS, individually and       )
18 in his official capacity as Warden of )
   California Substance Abuse Facility   )
19 (SATF) at Corcoran; DEERING, M.D.,    )
   individually and as Acting Chief      )
20 Medical Officer at S.A.T.F. at        )
   Corcoran; VIJAYA. M.D., individually  )
21 and as medical doctor at S.A.T.F. at  )
   Corcoran; GILBERT V. GONZALES,        )
22 JR., M.D., individually and as medical )
   doctor at S.A.T.F. at Corcoran;       )
23 HARVEY M. HUANG, M.D.,                )
   individually and as medical doctor at )
24 S.A.T.F. at Corcoran; DR. DAVID       )
   UNDERWOOD, individually and as       )
25 Psychologist at S.A.T.F. at Corcoran; )
   DR. RONALD ROSTON, individually       )
26 and as Psychologist at S.A.T.F. at    )
   Corcoran; LESLIE O. KUBERSKI,         )
27 Ph.D., individually and as a          )

28 *Kauer v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Underwood)                    Page 1

| | |
|---|---|
| 1 | psychologist at S.A.T.F. at Corcoran; ) |
| 2 | C. HIRBOUR, Ph.D., individually and ) as a psychologist at S.A.T.F. at ) Corcoran; NANDAN BHATT, M.D., ) |
| 3 | individually and as a psychiatrist at ) S.A.T.F. at Corcoran; J. ) |
| 4 | PRUD'HOMME, individually and as ) Facility Captain, S.A.T.F. at ) |
| 5 | Corcoran; E.J. CARRILLO, ) individually and in his official capacity ) |
| 6 | as a Correctional Lieutenant at ) S.A.T.F. at Corcoran; A. ) |
| 7 | PATTERSON, individually and in his ) official capacity as a Correctional ) |
| 8 | Sergeant at S.A.T.F. at Corcoran; ) MCKESSON, C.O., individually and in ) |
| 9 | his official capacity as a Correctional ) Officer at S.A.T.F. at Corcoran; ) |
| 10 | HARTFIELD, C.O., individually and in ) his official capacity as a Correctional ) |
| 11 | Officer at S.A.T.F. at Corcoran; ) WILSON, C.O., individually and in his ) |
| 12 | official capacity as a Correctional ) Officer at S.A.T.F. at Corcoran; ) |
| 13 | WILLIAMS, S., C.O., individually and ) in his official capacity as a ) |
| 14 | Correctional Officer at S.A.T.F. at ) Corcoran; GURMEET KAUER, ) |
| 15 | nominal defendant; MANDEEP ) SINGH, nominal defendant; and ) |
| 16 | DOES 1 through 50, inclusive, ) |
| 17 | Defendants. ) |

18

19     Defendant DAVID UNDERWOOD, Ph.D. hereby substitutes the following

20 counsel in place and in stead of the Attorney General's Office:

21                    Kathleen J. Williams, CSB #127021
                          WILLIAMS & ASSOCIATES
22                   1250 Sutterville Road, Suite 290
                              Sacramento, CA 95822
23                              (916) 456-1122
                              (916) 737-1126 (fax)
24

25 ///

26 ///

27

28 *Kauer v. Alameida, et al.*[CIV-00276 OWW DLB]/Substitution of Counsel (Underwood)                    Page 2

All counsel in this matter are requested to direct all communications to the above-referenced address beginning immediately.

I consent to this substitution.

Dated: 7/31/06           By: /s/ "Alvin Gittisriboongul" Original signature retained by counsel
                              Alvin Gittisriboongul, Deputy Attorney General
                              Attorney General State of California for
                              defendant DAVID UNDERWOOD, Ph.D.

I consent to this substitution.

Dated: 8/2/06            By: /s/ "David Underwood, Ph.D." Original signature retained by counsel
                              DAVID UNDERWOOD, Ph.D.

I accept this substitution.

Dated: 8/2/06                           WILLIAMS & ASSOCIATES


                                        By: /s/ Kathleen J. Williams
                                            Kathleen J. Williams, CSB #127021

IT IS SO ORDERED.

**Dated:   August 3, 2006**                    /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE