CATHERINE CAMPBELL, 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
(559) 498.8140
(559) 221.0268 fax

CAROLYN D. PHILLIPS, 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
(559) 248.9833
(559) 248.9820 fax

ROBERT NAVARRO, Attorney at Law
Bar No. 128461
P.O. Box 8493
Fresno, CA 93747
(559) 452.0934
(559) 452.0986 fax

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR et al., | No. 1:05cv276 |
| Plaintiffs, | ORDER CONTINUING EXISTING DATES |
| v. | |
| ED ALAMEIDA, JR., et al., | |
| Defendants. | |

The parties have suggested the following dates pursuant to stipulation.

non-expert discovery cut-off: July 2, 2007
expert disclosure: July 20, 2007
supplemental expert disclosure: August 6, 2007
expert discovery cut-off: September 22, 2007
non-dispositive motion filing date: September 28, 2007
settlement conference: October 15, 2007
pretrial motion filing deadline: November 23, 2007
pretrial motion hearing deadline: January 14, 2008
pretrial conference: January 28, 2008 at 11:00 a.m. in Courtroom 3
jury trial: March 25, 2008 at 9:00 a.m. in Courtroom 3

The Court hereby orders the following dates:

1
2
3    Date: 2/6/07                    /s/ Oliver W .Wanger
4                                    _____
                                     Oliver W. Wanger
                                     U.S. District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28