CATHERINE CAMPBELL
State Bar No. 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
tel:  559.498.8140  fax: 559.221.0268

CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

ROBERT NAVARRO
State Bar No. 128461
Attorney at Law
P.O. Box 8493
Fresno, California 93747
tel:  559.452.0934   fax: 559.452.0986

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, et al.,<br><br>                Plaintiffs,<br><br>    v.<br><br>ED ALAMEIDA, Jr., et al.<br>                Defendants. | No. 1:05-cv-00276-OWW DLB<br><br>**PLAINTIFFS' PROPOSED ORDER RE FILING RESPONSE TO DEFENDANTS' NOTICE TO THE COURT RE COMPLIANCE WITH THE COURT'S ORDER OF MARCH 2, 2007.** |

On March 2, 2007, the Court heard several motions regarding discovery brought by plaintiffs in the above-entitled matter. The Court thereafter made several orders. The defendants filed a notice to the court re compliance with the order requiring supplemental

**Plaintiffs' Proposed Order After Hearing Granting Plaintiffs until April 20, 2007 to File a Response to the Defendants' Notice of Compliance;**
*Kaur v. Alameida*, Case No. 1:05-cv-00276-OWW DLB                                          1

1  responses to request for production of documents (sets one through six) on April 5, 2007.

2  Plaintiffs have requested until April 20, 2007 to file a response to the defendants'
3  filed a notice to the court re compliance with the order requiring supplemental responses
4  to request for production of documents (sets one through six).

5  Because there is good cause, in that plaintiffs' counsel must review the response
6  and the discovery received, the Court hereby grants plaintiffs' request, and plaintiffs'
7  response is due on or before April 20, 2007.  The Court will thereafter rule on the issue of
8  discovery sanctions, which is pending before the Court.

10  IT IS SO ORDERED.

11  Dated:   **April 10, 2007**          **/s/ Dennis L. Beck**
   3b142a                     UNITED STATES MAGISTRATE JUDGE

**Plaintiffs' Proposed Order After Hearing Granting Plaintiffs until April 20, 2007 to
File a Response to the Defendants' Notice of Compliance;**
*Kaur v. Alameida*, Case No. 1:05-cv-00276-OWW DLB                                    2