# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAJIT KAUR, | ) CV F 05 276 OWW DLB |
| Plaintiff, | ) ORDER re ATTORNEYS FEES |
| v. | ) |
| ALAMEIDA, et al., | ) |
| Defendants. | ) |

Plaintiffs Baljit Kaur, Harnoor Kaur, Gurkirat Singh, and the estate of Khem Singh ("plaintiffs") filed a motion to compel for discovery and for sanctions on April 4, 2007. The motion was heard on April 11, 2007 before the Honorable Dennis L. Beck, United States Magistrate Judge. Catherine Campbell and Carolyn Phillips appeared on behalf of plaintiffs. Alvin Gittisriboongul appeared on behalf of defendants.

On May 15, 2007, the Court entered an Order granting plaintiffs' motion to compel discovery and ordered defendants to further respond to plaintiff's ninth and tenth requests for production of documents. The Court also granted plaintiffs' motion for attorneys' fees based on defendants' failure to respond to plaintiff's requests for production of documents and interrogatories until after the motion was filed and defendants' complete failure to respond to plaintiff's tenth request for production. The Court ordered plaintiffs' counsel to submit a declaration describing the fees associated with the motion, which counsel did on May 15, 2007.

1

1  Based on the declarations of counsel, defendants are ordered to pay plaintiffs' attorneys'
2 fees associated with the April 4, 2007 motion in the amount of $2,625.00.  This amount shall be
3 paid directly to plaintiffs' counsel within 30 days of this Order.
4  IT IS SO ORDERED.
5  Dated:   **June 12, 2007**                    **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE