# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BAJIT KAUR, | ) | CV F 05 276 OWW DLB |
| | ) | |
| | ) | ORDER CLARIFYING PROTECTIVE ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALAMEIDA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 6, 2006, the Court issued a Protective Order based on the parties' stipulation. The Order states:

> The parties have agreed to a site inspection that will take place at California Substance Abuse Treatment Facility (CSATF) in Corcoran, California on October 25, 2006. The parties further agree that the inspection will be recorded via video and audio equipment and photos may also be taken of the decedent's cell, living unit and any evidence collected from decedent after his death. The recording and photographing will be done by CSATF personnel. The video, audio and photographs obtained through this inspection shall be deemed confidential information. The parties agree that at the conclusion of this lawsuit whether through settlement, verdict and/or appeal. All video, audio and photographs obtained through this inspection shall be returned to Alvin Gittisriboongul, Deputy Attorney General, or his designee.

Subsequent to the issuance of the Protective Order, the parties have agreed to further site inspections/tours of CSATF. It is HEREBY CLARIFIED that the terms of the Protective Order issued November 6, 2006 are not limited to the tour which took place on October 25, 2006. The Protective Order issued November 6, 2006 shall specifically apply to all video, audio and

1

photographs obtained through any and all inspections and tours of CSATF by the parties for the duration of this lawsuit.

IT IS SO ORDERED.

Dated:  **June 28, 2007**          /s/ **Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE