**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
Donald Deering, M.D., Gilbert V. Gonzales, Jr., M.D.,
David Underwood, Ph.D., Nandan Bhatt, M.D. and
Cynthia Hirbour-Reveles, Ph.D.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| BALJIT KAUR, HARNOOR KAUR, GURKIRAT SINGH, and THE ESTATE OF KHEM SINGH,<br><br>             Plaintiffs,<br><br>vs.<br><br>ED ALAMEIDA, JR., et al.,<br><br>             Defendants. | CASE NO: 1:05-CV-00276-OWW-DLB<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT DAVID UNDERWOOD, PH.D.'S MOTION FOR SUMMARY JUDGMENT** |

///

///

///

At plaintiffs' request, by and through their attorneys of record, DR. UNDERWOOD, by and through his attorney of record, hereby stipulates to continue the hearing on defendant DAVID UNDERWOOD'S motion for summary judgment from August 27, 2007 to September 24, 2007. The hearing will remain at 10:00 a.m. in Courtroom 3.   The opposition due date and the reply due date will change accordingly.

Date: August 8, 2007                    /s/ ROBERT NAVARRO
                                        ROBERT NAVARRO, CSB 128461
                                        Attorney for  plaintiffs


Dated: August 8, 2007                   WILLIAMS & ASSOCIATES


                                        By:/s/ KATHLEEN J. WILLIAMS
                                        KATHLEEN J. WILLIAMS, CSB 127021
                                        Attorneys for defendants,
                                        Gilbert Gonzales, Jr., M.D., Dr. David
                                        Underwood, Deering, M.D., C. Hirbour-
                                        Reveles, Ph.D. and Nandan Bhatt, M.D.


The moving and responding parties to this motion for summary judgment have stipulated to the continuance of the hearing on defendant Underwood's motion for summary judgment. Good cause appearing, it is so ordered.

IT IS SO ORDERED.

**Dated:   August 8, 2007**                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE