CATHERINE CAMPBELL
State Bar No. 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
tel:  559.498.8140  fax: 559.221.0268

CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

ROBERT NAVARRO
State Bar No. 128461
Attorney at Law
P.O. Box 8493
Fresno, California 93747
tel:  559.452.0934   fax: 559.452.0986

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, et al., | No. 1:05-cv-00276-OWW DLB |
| Plaintiffs, | **PLAINTIFFS' PROPOSED ORDER AFTER CONFERENCE REGARDING DISCOVERY** |
| v. | |
| ED ALAMEIDA, Jr., et al. Defendants. | |

The Court hereby makes the following order pursuant to stipulation of the parties.

Counsel for the defendant, Julius McKesson, shall make a diligent search for the Internal Affairs report on Warden Adams's request for a Category II investigation of Officer McKesson (Case No. C-II-SATF-177-04-R) by contacting all persons who might have a copy of this investigation and its supportive documents and tapes, including but not limited

1  to the Sacramento CDCR Internal Affairs Division, and shall, by September 7, 2007,
2  produce the report and supportive documents and tapes, or shall provide to plaintiffs'
3  counsel a declaration under penalty of perjury attesting to the inability to locate this
4  investigation by the custodian of records for CDCR Internal Affairs in Sacramento,
5  California.  If the investigation cannot be located, counsel for Mr. McKesson, Alvin
6  Gittisriboongul, shall also provide a declaration under penalty of perjury attesting to his
7  efforts to locate the investigative report and the supportive documents/tapes, to be
8  produced by the same date, September 7, 2007.

11      I agree to this proposed order.

**Alvin Gittisriboongul**

13  Dated: 8/21/07    _____
    Alvin Gittisriboongul, Attorney for Julius McKesson

15      I agree to this proposed order.

**Catherine Campbell**

17  Dated: 8/21/07    _____
18  Catherine Campbell, Attorney for Plaintiffs

20      IT IS SO ORDERED.

21      Dated:   **August 22, 2007**         **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

28  **Plaintiffs' Proposed Order Regarding Discovery;**
    *Kaur v. Alameida*, Case No. 1:05-cv-00276-OWW DLB                              2