CATHERINE CAMPBELL
State Bar No. 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
tel: 559.498.8140  fax: 559.221.0268

CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

ROBERT NAVARRO
State Bar No. 128461
Attorney at Law
P.O. Box 8493
Fresno, California 93747
tel: 559.452.0934   fax: 559.452.0986

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALJIT KAUR, et al., <br><br> Plaintiffs, <br> v. <br> ED ALAMEIDA, Jr., et al. <br><br> Defendants. | No. 1:05-cv-00276-OWW DLB <br><br> **ORDER COMPELLING PRODUCTION OF ISU TAPE RECORDINGS OF INTERVIEWS WITH DEFENDANTS CARRILLO AND PATTERSON** |

Counsel for plaintiffs and counsel for defendants Eddie Carrillo and Alicia Patterson having conferred and stipulated to the following order, AND GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:

Counsel for defendants Carrillo and Patterson shall deliver this Order to the Litigation Coordinator and the Correctional Captain in charge of the Investigative Services Unit (ISU) at the Substance Abuse Treatment Center (SATF) in Corcoran, California, directing each of them to make a thorough diligent search at SATF or any other place

within the Department of Corrections and Rehabilitation for (1) the tape recording and any transcript of the January 31, 2003, tape recording of the interview between Correctional Captain M. Junious and Correctional Lieutenant Eddie Carrillo, and (2) the tape recording and any transcript of the February 1, 2003, tape recording of the interview between Correctional Captain M. Junious and Sergeant Alicia Patterson, both interviews regarding the March 26, 2002, cell extraction of decedent Khem Singh, T-25474. The items shall be produced on or before September 7, 2007.

If the tape recordings and transcripts of the Carrillo and Patterson interviews by ISU regarding the March 26, 2002, cell extraction cannot be located after a thorough and diligent search, the Litigation Coordinator and the Correctional Captain in charge of the ISU at SATF shall provide counsel for defendants Carrillo and Patterson with a declaration under penalty of perjury attesting to the efforts they have made to locate the compelled tape recordings, said declarations to be provided to defendants' counsel by the same date, September 7, 2007.

IT IS SO ORDERED.

Dated:   **August 22, 2007**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

**Order Compelling Production of ISU Tape Recordings re Defs. Carrillo and Patterson;**
*Kaur v. Alameida*, Case No. 1:05-cv-00276-OWW DLB                                      2