**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew R. Wilson, CSB #236309

Attorneys for defendants GILBERT V. GONZALES, JR., M.D.,
DAVID UNDERWOOD, PH.D., NANDAN BHATT, M.D. and
CYNTHIA HIRBOUR-REVELES, PH.D.

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BALJIT KAUR, et al., | CASE NO: 1:05-CV-00276-OWW-DLB |
| Plaintiffs, | **STIPULATION REGARDING UNDERWOOD MOTION FOR SUMMARY JUDGMENT AND ORDER** |
| vs. | |
| ED ALAMEIDA, JR., et al., | |
| Defendants. | |

///

///

///

*Kauer v. Alameida, et al.*[CIV-00276 OWW DLB] Stipulation Re: Underwood Summary Judgment Motion     Page 1

1  Counsel for the plaintiffs and counsel for defendant UNDERWOOD hereby
2  stipulate on behalf of their respective clients that the Motion for Summary Judgment
3  filed by defendant UNDERWOOD can be decided on the merits based on the Third
4  Amended Complaint.  The parties do not wish to incur the time and expense of re-filing
5  the moving and opposing papers because the allegations against DR. UNDERWOOD
6  in the Third and Fourth Amended Complaint are the same.

7  Counsel for plaintiffs and counsel for defendant UNDERWOOD, therefore,
8  request the hearing on DR. UNDERWOOD'S motion for summary judgment remain on
9  calendar as scheduled for October 22, 2007.

11  Dated: October 9, 2007            /s/ CATHERINE CAMPBELL
                                      CATHERINE CAMPBELL, CSB 65103
12                                    Attorney for plaintiffs

14  Dated: October 9, 2007            /s/ KATHLEEN J. WILLIAMS
                                      KATHLEEN J. WILLIAMS, CSB 127021
15                                    Attorneys for defendants GILBERT V.
                                      GONZALES, JR., M.D., DAVID
16                                    UNDERWOOD, PH.D., NANDAN
                                      BHATT, M.D. and CYNTHIA HIRBOUR-
17                                    REVELES, PH.D.

IT IS SO ORDERED.

**Dated:   October 9, 2007**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE

*Kauer v. Alameida, et al.*[CIV-00276 OWW DLB] Stipulation Re: Underwood Summary Judgment Motion    Page 2