CATHERINE CAMPBELL
State Bar No. 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
tel: 559.498.8140  fax: 559.221.0268

CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

ROBERT NAVARRO
State Bar No. 128461
Attorney at Law
P.O. Box 8493
Fresno, California 93747
tel: 559.452.0934   fax: 559.452.0986

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ED ALAMEIDA, JR., et al.,<br><br>　　　　　Defendants.<br>_____ | No. 1:05-cv-00276-OWW-WMW<br><br>**STIPULATION AND PROPOSED ORDER RESCHEDULING PRETRIAL AND TRIAL DATES**<br>(Please note change to Pretrial dates) |

　　　IT IS HEREBY STIPULATED by the parties through their respective counsel of record, that the remaining dates be rescheduled as follows:

　　　Non-expert Discovery Cutoff:

　　　　　Reset to December 3, 2007

　　　Designation of Expert Witnesses:

　　　　　Reset from October 24, 2007 to January 11, 2008

　　　Supplemental Designation of Expert Witnesses:

　　　　　Set for February 15, 2008

**Stipulation and Proposed Order Rescheduling  Pretrial and Trial Dates**;
*Kaur et al. v. Alameida, Jr. et al.*, USDC, Eastern District, No. 1:05-cv-00276-OWW-WMW　　　1

1

2  Expert Discovery Cutoff:

3    Reset from January 10, 2008 to March 21, 2008

4  Non-Dispositive Motions:

5    Reset from January 24, 2008 to April 18, 2008

6  Settlement Conference:

7    Reset from February 4, 2008 to May 16, 2008

8  Pretrial Motion Filing Deadline:

9    Set for May 30, 2008

10 Hearing on Pretrial Motions:

11   Set for June 30, 2008

12 Pretrial Conference:

13   Reset from May 12, 2008 to July 21, 2008

14 Jury Trial:

15   Reset from June 24, 2008 to August 26, 2008

16 So stipulated.

/s/ ▒▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒▒

Catherine Campbell, Esq. For Plaintiffs

/s/ ▒▒▒▒▒▒▒ ▒▒▒▒▒▒▒▒

Kathleen Williams, Esq. for Defendants Bhatt, Gonzales, Hirbour-Riveles, and Underwood.

/s/ ▒▒▒ ▒▒▒▒

Jan Kahn, Esq., for Defendant Carrillo

/s/ ▒▒▒▒▒ ▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Alvin Gittisribungool, Esq.
for defendants Steinberg, Pickett, Campbell, Fishback, Kanan, Adams, Ayers, Huang, McKesson, Diaz, Whitten

|   |   |
|---|---|
| 1 | /s/ ▯▯▯▯  ▯▯▯▯▯▯ |
| 2 | |
| 3 | Mark Harris, Esq.,<br>for defendants Wofford, Edger, Langner |

No further continuances.

IT IS SO ORDERED.

**Dated:   October 11, 2007**          /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE