BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
ALVIN GITTISRIBOONGUL, State Bar No. 170296
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1997
 Fax: (916) 324-5205

Attorneys for Defendants Adams, Ayers, Beeler,
Campbell, Diaz, Fishback, Huang, Kanan, Martinez,
McKesson, Pickett, Rodriguez, Steinberg, and Whitten
SA2005300056

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **BALJIT KAUR, et al.,** | No. 1:05-cv-0276 OWW DLB |
| Plaintiffs, | **VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS STEINBERG, AYERS, HUANG, KANAN, ARIF, AND GERSTEL** |
| v. | |
| **ED ALAMEIDA, JR., et al.,** | |
| Defendants. | |

The parties, through their respective counsel of record, voluntarily stipulate to the dismissal with prejudice of Defendants Susann Steinberg, Barbara Ayers, Harvey Huang, Renee Kanan, Sharif Arif, and Kirk Gerstel from the above-captioned lawsuit. Each parties are to bear their own attorney's fees and costs in this matter.

/ / /

/ / /

/ / /

1    **IT IS SO STIPULATED.**

2    Dated:   11/30/07                         CATHERINE CAMPBELL
                                               Attorney at Law

3

4                                              By: _/s/ Robert Navaro for_____
                                               CATHERINE CAMPBELL
5                                              Attorney for Plaintiffs, Baljit Kaur, Harnoor
                                               Kaur, Gurkirat Singh, and the Estate of Khem
6                                              Singh

7    Dated:   11/30/07                         OFFICE OF THE ATTORNEY GENERAL

8

9                                              By: _/s/ Alvin Gittisriboongul_____
                                               ALVIN GITTISRIBOONGUL
10                                             Attorney for Defendants, Adams, Ayers,
                                               Beeler, Campbell, Diaz, Fishback, Huang,
11                                             Kanan, Martinez, McKesson, Pickett,
                                               Rodriguez, Steinberg, Whitten, Arif, and
12                                             Gerstel

13   Dated:   11/30/07                         WILLIAMS & ASSOCIATES

14

15                                             By: _/s/ Kathleen Williams_____
                                               KATHLEEN WILLIAMS
16                                             Attorney for Defendants, David Underwood,
                                               Cynthia Hirbour-Riveles, Nandan Bhatt,
17                                             Gilbert Gonzales, Sharon Snow, and Russell
                                               Jordan

18

19   Dated:   11/30/07                         LAW OFFICES OF MARK H. HARRIS

20

21                                             By: _/s/ Mark H. Harris_____
                                               MARK H. HARRIS
22                                             Attorney for Defendants, Robert Langner,
                                               Judith Wofford, and Benjamin Edger

23

24   Dated:   11/30/07                         KAHN, SOARES & CONWAY

25

26                                             By: _/s/ Robert Zumwalt for_____
                                               JAN KAHN
27                                             Attorney for Defendant, Eddie Carrillo

28

**VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS
STEINBERG, AYERS, HUANG, KANAN, ARIF, AND GERSTEL**

2

1     IT IS SO ORDERED.

2  **Dated:   December 14, 2007**                      **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE

**VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS
STEINBERG, AYERS, HUANG, KANAN, ARIF, AND GERSTEL**

3