**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
GILBERT V. GONZALES, JR., M.D.,
DAVID UNDERWOOD, Ph.D., NANDAN BHATT, M.D.,
CYNTHIA HIRBOUR-REVELES, Ph.D., SHARON SNOW, M.D.
and RUSSELL JORDAN, Ph.D.

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT KAUR, HARNOOR KAUR, GURKIRAT SINGH, and THE ESTATE OF KHEM SINGH,<br><br>Plaintiffs,<br><br>vs.<br><br>ED ALAMEIDA, JR., et al.,<br><br>Defendants. | CASE NO: 1:05-CV-00276-OWW-DLB<br><br>**VOLUNTARY STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS GILBERT V. GONZALES, JR., M.D., DAVID UNDERWOOD, Ph.D., NANDAN BHATT, M.D., CYNTHIA HIRBOUR-REVELES, Ph.D., SHARON SNOW, M.D. and RUSSELL JORDAN, Ph.D.** |

IT IS HEREBY STIPULATED by and between the parties to this action that defendants GILBERT V. GONZALES, JR., M.D., DAVID UNDERWOOD, Ph.D., NANDAN BHATT, M.D., CYNTHIA HIRBOUR-REVELES, Ph.D., SHARON SNOW, M.D. and RUSSELL JORDAN, Ph.D. be, and hereby are, dismissed with prejudice, from the above-captioned action, pursuant to FRCP 41(a)(1)(ii). Each side to bear its own costs and attorneys fees.

///
///
///
///

| | |
|---|---|
| Dated: 12/12/07 | Dated: 12/6/07 |
| By:/s/ Catherine Campbell<br>CATHERINE CAMPBELL,<br>Attorney for plaintiffs<br>BALJIT KAUR, HARNOOR KAUR, GURKIRAT SINGH, and The Estate of Khem Singh | WILLIAMS & ASSOCIATES<br><br>By: /s/ Kathleen J. Williams<br>KATHLEEN J. WILLIAMS<br>Attorneys for defendants<br>GONZALES, UNDERWOOD, BHATT, HIRBOUR-REVELES, SNOW and JORDAN |
| Dated: 11/30/07 | Dated: 11/30/07 |
| CALIFORNIA ATTORNEY GENERAL<br><br>By:/s/ Alvin Gittisriboongul<br>ALVIN GITTISRIBOONGUL<br>Attorneys for defendants<br>ADAMS, ALAMEIDA, ANTHONY, AYERS, CASTILLO, PITTS, HARTFIELD, HUANG, WILSON, KUBERSKI, McKESSON, PICKETT, PRUD'HOMME, STEINBERG, WILLIAMS, VIJAYA, CAMPBELL, DIAZ, FISHBACK, KANAN, PICKETT, WHITTEN, RODRIGUEZ, BEELER and MARTINEZ | KAHN, SOARES & CONWAY, LLP<br><br>By: /s/ Robert Zumwalt for<br>JOHN OHNSTAD,<br>attorneys for defendants<br>CARRILLO and PATTERSON |

Dated: 12/04/07

LAW OFFICES OF MARK H. HARRIS

By: /s/ Mark H. Harris
      MARK H. HARRIS,
      Attorneys for defendants
      EDGER, SHAW, WOFFORD and LANGNER

IT IS SO ORDERED.

**Dated:   December 18, 2007**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE