1  MARK H. HARRIS, CA State Bar No. 133578
   LAW OFFICES OF MARK H. HARRIS
2  2207 J Street
   Sacramento, California 95816
3  Telephone: (916) 442-6155
   Facsimile: (916) 444-5921
4
   Attorneys for Defendants
5  JUDITH WOFFORD, ROBERT LANGNER and
   BENJAMIN EDGER
6

7                    UNITED STATES DISTRICT COURT
8
                     EASTERN DISTRICT OF CALIFORNIA
9

10
   BALJIT KAUR, et al.,              )   No. 1:05-CV-00276-OWW-DLB
11                                   )
               Plaintiffs,           )
12                                   )   **STIPULATION AND ORDER FOR**
         v.                          )   **DISMISSAL OF DEFENDANTS**
13                                   )   **JUDITH WOFFORD, ROBERT**
                                     )   **LANGNER AND BENJAMIN EDGER**
14 ED ALAMEIDA, JR., et al.          )
                                     )
15             Defendants.           )
                                     )
16 _____ )

17       IT IS HEREBY STIPULATED by and between the parties to this action that

18 defendants JUDITH WOFFORD, ROBERT LANGNER, and BENJAMIN EDGER be, and

19 hereby are, dismissed with prejudice from the above-captioned action, pursuant to FRCP

20 41(a)(1)(ii). Each side to bear its own costs and attorney fees.

21
   Dated: December 18, 2007           /s/ Catherine Campbell
22                                    CATHERINE CAMPBELL
                                      Attorney for All Plaintiffs
23
   Dated: December 4, 2007            WILLIAMS & ASSOCIATES
24

25
                            By:       /s/ Kathleen Williams
26                                    KATHLEEN WILLIAMS
                                      Attorneys for defendants GONZALES,
27                                    BHATT, SNOW, HIRBOUR-REVELS and
                                      JORDAN
28
                                      -1-

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS WOFFORD, LANGNER AND EDGER**

Dated: December 4, 2007                    CALIFORNIA ATTORNEY GENERAL


                                           By:     /s/ Alvin Gittisriboongul
                                                   ALVIN GITTISRIBOONGUL
                                                   Attorneys for defendants ADAMS,
                                                   ALAMEIDA, ANTHONY, AYERS,
                                                   CASTILLO, PITTS, HARTFIELD, HUANG,
                                                   WILSON, KUBERSKI, McKESSON,
                                                   PICKETT, PRUD'HOMME, STEINBERG,
                                                   WILLIAMS, VIJAYA, CAMPBELL, DIAZ,
                                                   FISHBACK, KANAN, PICKETT,
                                                   WHITTEN, RODRIGUEZ, BEELER and
                                                   MARTINEZ


Dated: December 18, 2007                   KAHN, SOARES & CONWAY, LLP


                                           By:     /s/ Jan Kahn
                                                   JAN KAHN
                                                   Attorneys for defendants CARRILLO and
                                                   PATTERSON


IT IS SO ORDERED.

**Dated:   December 27, 2007**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

-2-

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS WOFFORD, LANGNER AND EDGER**